HENRY SAWYER, ADMINISTRATOR OF J. L. SAWYER, AND CORA SAWYER, v. T. L. COX.

(Filed 9 November, 1938.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the Superior Court will be affirmed without becoming a precedent.

APPEAL by defendant from *Burgwyn, Special Judge,* at May Special Term, 1938, of RANDOLPH.

This was an action to recover damages for breach of contract for rental of a certain mill for grinding corn and other grains, and for amount due for board furnished.

From judgment that the plaintiff administrator recover nothing on the rental contract, and that the *feme* plaintiff recover of the defendant $775.00 on account of board furnished, the defendant appealed, assigning errors.

*L. T. Hammond and J. A. Spence for plaintiff Cora Sawyer, appellee.*
*J. G. Prevette and Daniel L. Bell for defendant, appellant.*

Per Curiam. The Court being evenly divided in opinion, Stacy, C. J., not sitting, the judgment of the Superior Court is affirmed, as the disposition of this appeal, without becoming a precedent, in accord with the practice of the Court. *Collins v. Ins. Co.*, 213 N. C., 800.

Affirmed.